**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
__Western__ District of __Kentucky__
(State)

Case number (if known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: Bullitt Utilities, Inc.

3. **Other names you know the debtor has used in the last 8 years**
   Include any assumed names, trade names, or *doing business as* names.

   Hunters Hollow Sewer

4. **Debtor's federal Employer Identification Number (EIN)**
   ☒ Unknown
   EIN __ __ - __ __ __ __ __ __ __

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | Bullitt Utilities, Inc. | Bullitt Utilities, Inc. |
   | Number   Street | Number   Street |
   | 169 Octagon Avenue | P.O. Box 91588 |
   | | P.O. Box |
   | Hunters Hollow    KY    40229 | Louisville    KY    40291 |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Bullitt | |
   | County | Number   Street |
   | | |
   | | City    State    ZIP Code |

Debtor  **Bullitt Utilities, Inc.**                                                   Case number (if known)_____
      Name

6. **Debtor's website (URL)**     N/A

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                             MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                             MM / DD / YYYY

**Part 3:    Report About the Case**

10. **Venue**

    Check one:
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

    - ☒ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                      Involuntary Petition Against a Non-Individual                         page 2

Debtor: Bullitt Utilities, Inc.

Case number (if known): _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Veolia Water Technologies, Inc. | Services Rendered | $2,166,418.97 |
| Pecco, Inc. | Services Rendered | $582,290.02 |
| | | $ |
| | Total of petitioners' claims | $2,748,708.99 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Veolia Water Technologies, Inc.
Name
913 Industrial Park Drive
Number  Street
Vandalia    OH    45377
City    State    ZIP Code

Name and mailing address of petitioner's representative, if any
Darrin Casper
Name
913 Industrial Park Drive
Number  Street
Vandalia    OH    45377
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/18/2015
MM / DD / YYYY

X _(signed)_ Darrin Casper, CFO - DARRIN BU.
Signature of petitioner or representative, including representative's title

**Attorneys**

James R. Irving
Printed name
Bingham Greenebaum Doll LLP
Firm name, if any
3500 National City Tower, 101 S Fifth St.
Number  Street
Louisville    KY    40202
City    State    ZIP Code

Contact phone (502) 587-3606    Email jirving@bgdlegal.com

Bar number 6296799 and 96048

State IL and KY respectively

X _(signed)_
Signature of attorney

Date signed 12/18/2015
MM / DD / YYYY

Debtor: Bullitt Utilities, Inc.

Case number (if known) _____

### Name and mailing address of petitioner

Name: Perdue Environmental Contracting Co., Inc.
Number Street: 250 Etter Drive
City: Nicholasville    State: KY    ZIP Code: 40356

Printed name: James R. Irving
Firm name, if any: Bingham Greenebaum Doll LLP
Number Street: 3500 National City Tower, 101 S. Fifth St.
City: Louisville    State: KY    ZIP Code: 40202
Contact phone: (502) 587-3606    Email: jirving@bgdlegal.com
Bar number: 6296799 and 96048
State: IL and KY respectively

### Name and mailing address of petitioner's representative, if any

Name: Scottie Perdue
Number Street: 250 Etter Drive
City: Nicholasville    State: KY    ZIP Code: 40356

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/18/2015

X _[signature]_
Signature of petitioner or representative, including representative's title

X _[signature]_
Signature of attorney
Date signed: MM / DD / YYYY

### Name and mailing address of petitioner

Name: ___
Number Street: ___
City: ___    State: ___    ZIP Code: ___

Printed name: ___
Firm name, if any: ___
Number Street: ___
City: ___    State: ___    ZIP Code: ___
Contact phone: ___    Email: ___
Bar number: ___
State: ___

### Name and mailing address of petitioner's representative, if any

Name: ___
Number Street: ___
City: ___    State: ___    ZIP Code: ___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ MM / DD / YYYY

X ___
Signature of petitioner or representative, including representative's title

X ___
Signature of attorney
Date signed ___ MM / DD / YYYY