UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

-------------------------------------------------------x
In re:                                                              :    Chapter 7
                                                                         :
Bullitt Utilities, Inc.,                                       :    Case No. 15-34000
                                                                         :
       Alleged Debtor.                           :
-------------------------------------------------------x

## ORDER GRANTING EMERGENCY MOTION OF THE PETITIONING CREDITORS UNDER 11 U.S.C. §§ 105(a) AND 303(g) FOR ORDER DIRECTING APPOINTMENT OF INTERIM TRUSTEE

This matter coming before the Court on the *Emergency Motion of the Petitioning Creditors Under 11 U.S.C. §§ 105(a) and 303(g) for Order Directing Appointment of Interim Trustee* (the "Motion")[1] filed by Veolia Water Technologies, Inc., formerly known as Veolia Water Solutions & Technologies North America, Inc. (together, "Veolia"), and Perdue Environmental Contracting Company, Inc. ("Pecco") (collectively the "Petitioning Creditors"); the Court having reviewed the Motion; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion was sufficient under the circumstances; and the Court having determined that good and sufficient cause having been shown; IT IS HEREBY ORDERED THAT:

    1.     The Motion is GRANTED.

    2.     An interim trustee shall be immediately appointed under section 303(g) of the Bankruptcy Code and shall have full authority and control over the surcharge claim and any related claims in the possession of the Alleged Debtor.  The interim trustee shall promptly review the surcharge claim and the Surcharge Case, and then will make a determination regarding

---

[1]    Capitalized terms used herein but not otherwise defined shall have the meanings given to them in the Motion.

1

whether to reinstate the Surcharge Case, appeal the Surcharge Case or reassert the Surcharge Case.

3. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Tendered by:

James R. Irving
BINGHAM GREENEBAUM DOLL LLP
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: December 29, 2015